ACCEPTED
03-15-00328-cr
6641450
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 1:20:08 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00328-CR

| | | |
|---|---|---|
| **DANIEL LORENZO WILSON** | § | **IN THE THIRD** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 1:20:08 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S MOTION TO TRANSFER
## ORIGINAL EXHIBITS TO COURT OF APPEALS

Appellant Daniel Wilson asks this Court to direct the trial-court clerk to transfer original exhibits to the court of appeals and file them in this appeal.

## A. INTRODUCTION

1. Appellant is Daniel Lorenzo Wilson; appellee is the State of Texas.

2. This cause is docketed in the Austin Court of Appeals under the above cause number.

3. Counsel for Appellant attempted to confer with the State's attorney via email but has not received a response regarding the State's position on this matter.

## B. ARGUMENT & AUTHORITIES

4. This Court may direct the trial-court clerk to transfer original exhibits to the court of appeals and file them in this appeal. TEX. R. APP. P. 34.6(g)(2).

5. The original exhibits should be transferred to this Court because the sole issue presented on appeal requires the Court to examine photographs offered in evidence and determine whether their probative value is substantially outweighed by the danger of unfair prejudice. The Court cannot effectively consider the issue presented without examining the original exhibits.

**Motion to Transfer Exhibits**                                    **Page 1**

6. Appellant asks this Court to direct the transfer of all the original exhibits (or at least State's Exhibits 3-38, which are all photographs) so the Court can fully consider and address the sole issue on appeal.

## C. PRAYER

7. For these reasons, Appellant Daniel Lorenzo Wilson asks the Court to grant this motion and order the trial-court clerk to transfer the original exhibits to the court of appeals.

Respectfully submitted,

*/s/ Alan Bennett*
E. Alan Bennett
Counsel for Appellant
SBOT #02140700

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, TX 76710
Telephone: (254) 772-8022
Fax: (254) 772-9297
Email: abennett@slmpc.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of this document has been served on August 25, 2015 to counsel for the State, Bob Odom, bob.odom@co.bell.tx.us, by e-service.

*/s/ Alan Bennett*
E. Alan Bennett